# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION (DAYTON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-mc-00003 |
| Petitioner, | District Judge Michael J. Newman |
| vs. | Magistrate Judge Caroline H. Gentry |
| JAVIER H. CARRILLO, | |
| Respondent. | |

## ORDER TO CONTINUE SHOW CAUSE HEARING

This matter is before the Court upon Petitioner United States of America's oral motion to continue the show cause hearing. For good cause shown, the Court **GRANTS** that motion.

Respondent Javier H. Carrillo appeared before the undersigned on September 18, 2024 consistent with the Court's Order to Show Cause. (Doc. No. 3). Assistant United States Attorney Jade Smarda and Internal Revenue Service ("IRS") Officer James Keegan also attended the show cause hearing. During the hearing, the Court offered Respondent the opportunity to retain counsel and appear at a rescheduled show cause hearing. However, Respondent consented to proceed without counsel for the purpose of agreeing to a 60-day extension offered by Petitioner in order to voluntarily comply with the IRS summons.

Therefore, the deadline for Respondent to voluntarily comply with the IRS summons at issue is **Monday, November 18, 2024**. Unless notified by Petitioner that

Respondent has fully complied with the IRS summons at issue or that this action is voluntarily dismissed, Respondent is **ORDERED** to appear at a rescheduled show cause hearing **SET** for **December 9, 2024 at 11 a.m.** in Courtroom 3, before The Honorable Caroline H. Gentry, United States District Court for the Southern District of Ohio, Walter H. Rice Federal Building, 200 West Second Street, Dayton, Ohio 45402.

The Court **ORDERS** Petitioner to serve Respondent with a copy of this Order by regular U.S. mail, FedEx, electronic mail, or in the manner prescribed in Section 7603 of the Internal Revenue Code within seven (7) days of entry of this Order.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge